UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CASPER BOLDEN, | : |
| Petitioner, | : |
| | : PRISONER |
| v. | : Case No. 3:06 cv 1255 (RNC) |
| CONN. DEPT. OF CORRECTIONS, | : |
| Respondent. | : |

RULING AND ORDER

On February 25, 2007, the Court denied the petition for writ of habeas corpus for two reasons. First, all of petitioner's claims arose prior to entry of petitioner's guilty plea. Entry of a voluntary guilty plea bars all of these claims. Haring v. Prosise, 462 U.S. 306, 321 (1983). Second, petitioner had not exhausted his state court remedies before commencing this action. See 28 U.S.C. § 2254(b)(1)(A); Woodford v. Ngo, 126 S. Ct. 2378, 2386-87 (2006). Petitioner now moves for reconsideration of that decision.

Motions for reconsideration of a judgment will be denied unless the moving party can identify controlling decisions or data the court overlooked and which could alter the court's conclusion. Schrader v. CSX Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995). Petitioner has not identified any facts or law calling the Court's decision into question. Thus, the motion for reconsideration (doc. #7) is denied.

So ordered this 24th day of April, 2007, at Hartford, Connecticut.

/s/
Robert N. Chatigny
United States District Judge